Certificate Number: 16339-PAM-DE-037872986

Bankruptcy Case Number: 23-02125


16339-PAM-DE-037872986

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 23, 2023, at 10:54 o'clock AM EDT, Patricia Johnson completed a course on personal financial management given by telephone by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: October 23, 2023

By: /s/Kelley Tipton

Name: Kelley Tipton

Title: Certified Financial Counselor

Certificate Number: 16339-PAM-DE-037872985

Bankruptcy Case Number: 23-02125



16339-PAM-DE-037872985

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 23, 2023, at 10:54 o'clock AM EDT, Randall Johnson completed a course on personal financial management given by telephone by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: October 23, 2023

By: /s/Kelley Tipton

Name: Kelley Tipton

Title: Certified Financial Counselor